# Exhibit B

coinbase

English

Sign in

Help

Go to coinbase.com    Individuals    Businesses    Developers

🔍 How can we help you?

Coinbase Help Center  >  Other topics  >  Coinbase One beta

# Coinbase One beta

Coinbase One beta is a subscription product that gives members access to:

- **$0 trading fees**: Take your portfolio to the next level with no trading fees.*

- **Dedicated 24/7 phone support**: Speak directly with a Coinbase One beta team member for help with any of your issues.

- **$1M Account Protection**: Keep your peace of mind knowing your account is protected from unauthorized access.

- **Pre-filled Form 8949:** Generate a pre-filled Form 8949 in Coinbase Taxes

- **Premium Staking rewards:** Earn a higher percentage for staked assets

**Note:** This feature is available to a limited audience in the US and may not be available to you at this time.

**\*Disclaimer**

- A Coinbase One beta subscription does not apply to Advanced Trading, Coinbase Pro, or Prime Broker. Coinbase includes a spread in the price when you buy or sell cryptocurrencies or in the exchange rate when you convert cryptocurrencies. See the full terms.

- There's a fee-free trading volume limit. When you trade over this limit, you're responsible for paying regular trading fees. The limit can be found in your account settings.

Eligible users may sign up for Coinbase One beta which is an automatically renewing subscription requiring recurring payments. A Coinbase One beta subscription grants you the benefits of: (a) a waiver of Coinbase fees for buying, selling, and converting digital currencies on the Coinbase platform (which does not include Coinbase Pro's order matching platform), provided that a spread in the price is still included in all buys, sells, and conversion of digital currencies on the Coinbase trading platform (learn more about fees here); (b) a dedicated customer support line available twenty four (24) hours a day, seven (7) days a week, three-hundred and sixty five (365) days a year; and (c) Coinbase Account Protection. Coinbase may modify or suspend this program at any time upon notice.

How to join Coinbase One beta

How to pay for Coinbase One beta

How to cancel your subscription

## How to join Coinbase One beta

You'll be notified via email or in the Coinbase app that you can sign up. If you're a part of this beta launch, Coinbase One beta will be listed in your **Settings** when you sign into your Coinbase account from a web browser. If you sign up, your account will be charged a recurring monthly payment. See **Subscription Management** in your **Settings** for your billing date.

Learn about our Coinbase One beta free trial.

### Can I share my subscription?

No, you can't share your subscription. Additionally, for security reasons, you should be the only one able to access your Coinbase account.

## How to pay for Coinbase One beta

You can pay for Coinbase One beta through:

- Your linked bank account (ACH)
- Your linked debit card
- Available cash in your USD balance

**Note:** Other payment methods on your account will be charged if your original payment method fails.

### Can I change my subscription payment method?

We're working on this improvement and it should be available soon.

Learn about Coinbase One beta billing plans.

### Can I be reimbursed for previous trading fees?

No, you will not be reimbursed for previous trading fees now that you are a subscribed to Coinbase One beta.

### Why was I still charged a trading fee?

If you were charged a trading fee, please contact us for further help.

### Why was a spread included in my trade?

Coinbase includes a spread in the price when you buy or sell cryptocurrencies or in the exchange rate when you convert cryptocurrencies. This allows us to temporarily lock in a price for trade execution while you review the transaction details prior to submitting your transaction. Learn more about Coinbase pricing and fees.

## How to cancel your subscription

To cancel your subscription on Coinbase.com:

1. Sign into your Coinbase account.
2. Click 👤 and select **Settings**.
3. Click the **Coinbase One beta** tab.
4. Click **Manage Subscription** > **Cancel Subscription**.
5. Confirm your subscription cancellation.

### Can I reactivate my subscription?

Yes, if your billing cycle hasn't closed. In your **Settings**, select **Coinbase One beta** then **Resume subscription** to re-activate it.

### Can I get a refund for my subscription after I cancel?

No, we are unable to offer a refund—please see our terms and conditions. However, you enjoy all the subscription perks until the end of your current billing cycle.

**Was this article helpful?**





# Can't find what you're looking for?

Contact us

| Products | Learn | Company | Social |
|---|---|---|---|
| Coinbase | Buy Bitcoin | About | Blog |
| Commerce | Buy Bitcoin Cash | Affiliates | Twitter |
| Custody | Buy Ethereum | Careers | Facebook |
| Earn | Buy Litecoin | Press | |
| Pro | Supported countries | Legal & Privacy | |
| USD Coin | Status | Support | |
| Wallet | Taxes | | |
| Ventures | | | |

© 2022 Coinbase

Message Us

We use our own cookies as well as third-party cookies on our websites to enhance your experience, analyze our traffic, and for security and marketing. For more info, see our Cookie Policy.

Manage settings    Dismiss