# Exhibit C



coinbase

English

Sign in

**Help**   Go to coinbase.com   Individuals   Businesses   Developers

How can we help you?

Coinbase Help Center  >  Other topics  >  Coinbase One beta free trial

# Coinbase One beta free trial

> **How does the free trial work?**
>
> How can I sign up for the Coinbase One beta free trial?

  The Coinbase One beta free trial may not be available to you at this time

Coinbase One beta is a subscription product that gives members access to:

- **$0 trading fees:** Take your portfolio to the next level with no trading fees*

- **Dedicated 24/7 phone support:** Speak directly to a Coinbase One beta team member for account help

- **$1M account protection:** Your account is protected from unauthorized access

- **Pre-filled Form 8949:** Generate a pre-filled Form 8949 in Coinbase Taxes

*__Disclaimer:__ A Coinbase One beta subscription does not apply to Advanced Trading, Coinbase Pro, or Prime Broker. Coinbase includes a spread in the price when you buy or sell cryptocurrencies or in the exchange rate when you convert cryptocurrencies. See the full terms.

# How does the free trial work?

Eligible users will be notified via email and in product about the 30-day free trial opportunity. You'll receive the same benefits as paying Coinbase One beta users.

At the end of the 30 days, you'll be automatically opted in to a month-to-month paid subscription, unless you cancel prior. You can cancel your subscription at any time, including during your free trial period.

**Note:** You must cancel on or before the 30th day of your trial to avoid being charged.

# How can I sign up for the Coinbase One beta free trial?

If you're eligible, go to your **Settings** page and click **Join Free Trial** to opt in.

# Can I sign up for the Coinbase One beta free trial if I've already participated in previous free trials?

If you've subscribed to a free trial within the past 12 months, you're not eligible to participate in this one.

# Can I sign up for the Coinbase One beta free trial if I'm already a Coinbase One subscriber?

If you've subscribed to Coinbase One within the past 12 months, you're not eligible to participate in this one.

Learn more about the Coinbase One beta subscription.

---

Was this article helpful?

[ Yes ]    [ No ]

---



# Can't find what you're looking for?

Contact us



| Products | Learn | Company | Social |
|---|---|---|---|
| Coinbase | Buy Bitcoin | About | Blog |
| Commerce | Buy Bitcoin Cash | Affiliates | Twitter |
| Custody | Buy Ethereum | Careers | Facebook |
| Earn | Buy Litecoin | Press | |
| Pro | Supported countries | Legal & Privacy | |
| USD Coin | Status | Support | |
| Wallet | Taxes | | |
| Ventures | | | |

© 2022 Coinbase

Message Us

We use our own cookies as well as third-party cookies on our websites to enhance your experience, analyze our traffic, and for security and marketing. For more info, see our Cookie Policy.

Manage settings   Dismiss