# Exhibit D

Trade up to $10K monthly with zero Coinbase trading fees. Spread fees may still apply.

Members may be eligible to receive reimbursement for up to $1M in losses caused by unauthorized access

Call our dedicated team any time, even on holidays and weekends

## Frequently asked questions

**What is Coinbase One?** +

**How do I pay for Coinbase One?** +

**How do I cancel my subscription?** +

**Is this available to all users?** +

Does not apply to Advanced Trading, Coinbase Pro, or Prime Broker. Coinbase includes a spread in the price when you buy or sell cryptocurrencies or in the exchange rate when you convert cryptocurrencies. See the full terms.

If you haven't been a Coinbase One member for the last 12 months, you can sign up for a free trial.

Home Careers Legal & Privacy © 2022 Coinbase English Need help?



