# Exhibit E

Trad... with... trad... may ...ated team ...en on holidays ...ls

## Account Takeover Protection

To be eligible for $1M account takeover protection, you need to verify your ID and upgrade your 2-step verification to an authenticator app or security key.

See full terms to be sure you qualify.

Got it

F...

What is Coinbase One? +

How do I pay for Coinbase One? +

How do I cancel my subscription? +

Is this available to all users? +

Does not apply to Advanced Trading, Coinbase Pro, or Prime Broker. Coinbase includes a spread in the price when you buy or sell cryptocurrencies or in the exchange rate when you convert cryptocurrencies. See the full terms.

If you haven't been a Coinbase One member for the last 12 months, you can sign up for a free trial.

Home Careers Legal & Privacy © 2022 Coinbase English Need help?



