# Exhibit F



John Du Wors
Direct   +206.274.2834
Main    +206.274.2800
john@newmanlaw.com

2101 Fourth Avenue, Suite 1500
Seattle, WA 98121

**SENT BY EMAIL AND FIRST-CLASS MAIL**

September 1, 2022

Coinbase Global, Inc.                          Coinbase Legal
c/o The Corporation Trust Company              PO Box 26409
1209 Orange Street                             San Francisco, CA 94126
Wilmington, DE 19801
Email:  dpo@coinbase.com

**Re:   Coinbase's Unauthorized Funds Transfer of Cryptocurrency from Matthew Allan's and other Consumers' Coinbase Accounts in Violation of the EFTA, the California UCL, and the CLRA (Second Letter).**

Coinbase:

We write to follow up on our August 17, 2022 letter regarding the unauthorized funds transfer of Matthew Allan's cryptocurrency from his Coinbase account. The canned email we received from you on August 27, 2022, is wholly nonresponsive to our letter and completely inadequate.

As mentioned in our previous letter, in addition to flagrant violations of the EFTA and Regulation E, Coinbase's lack of common-sense safeguards against fraud and misleading web-advertisements regarding Coinbase One account protection violate (among other California statutes) Section 1770 of California's Consumer Legal Remedies Act ("CLRA").

As also explained in our letter, other Coinbase users besides Mr. Allan have been similarly injured by Coinbase's lack of vigilance, misleading advertising, and EFTA/Reg. E violations. Moreover, the class action waiver found in Mr. Allan's User Agreement (and in many other users' similar agreements) is invalid and unenforceable.[1] Thus, the proper forum for Mr. Allen and such other similarly situated consumers to seek redress for Coinbase's is in court.

Accordingly, prior to seeking redress in court, pursuant to section 1782 of the CLRA, we provide Coinbase the opportunity to correct, repair, replace or otherwise rectify (within 30 days of this letter)

---

[1] *See Bielski v. Coinbase*, No. C 21-07478 WHA (N.D. Cal., April 8, 2022).

*Coinbase Inc.*
*September 1, 2022*
*Page 2 of 2*

the unfair and deceptive practices complained of in this and our August 17, 2022 letter, for Mr. Allan and every other California consumer that:

> (1) signed up for a Coinbase One subscription but didn't receive account protection, whose cryptocurrency funds were subsequently stolen as a result of unauthorized electronic fund transfers from their Coinbase account; and/or

> (2) had cryptocurrency stolen as a result of unauthorized electronic fund transfers due to their account being compromised using a ported phone number but from a "new device" previously unassociated with the consumer.

As you are likely aware, the choice not to correct, repair, replace or otherwise rectify Coinbase's unfair and deceptive practices will leave Coinbase liable for significant damages pursuant to Civil Code § 1782, including potentially attorneys' fees, punitive damages, and statutory damages.

Please don't hesitate to contact me to discuss this matter further.

Thank you.

Newman Du Wors LLP

*[signature]*

John Du Wors