# Exhibit G



**John Du Wors**
Direct  +206.274.2834
Main   +206.274.2800
john@newmanlaw.com

2101 Fourth Avenue, Suite 1500
Seattle, WA 98121

**SENT BY EMAIL AND FIRST-CLASS MAIL**

August 17, 22

Coinbase Global, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801
Email:  dpo@coinbase.com

Coinbase Legal
PO Box 26409
San Francisco, CA 94126

> **Re:** **Coinbase's Unauthorized Funds Transfer of Cryptocurrency from Matthew Allan's Coinbase Account in Violation of the EFTA and California UCL.**

Coinbase:

I write on behalf of Matthew Allan, whose cryptocurrency funds were stolen from his Coinbase account on April 20, 2022, due to Coinbase's inadequate safeguards. Mr. Allan misplaced his trust in Coinbase to hold his cryptocurrency due to Coinbase's misleading ads regarding account protection. As required by the EFTA, Coinbase must promptly reimburse Mr. Allan's funds.

In or about March 2022, Mr. Allan visited Coinbase's website, which touts that "Coinbase One beta is a subscription product that gives members access to: . . . $1M Account Protection."[1] The webpage also explains that "[e]ligible users may sign up for Coinbase One beta which is an automatically renewing subscription requiring recurring payments[.]" *Id.* The website further instructs: "[i]f you're eligible, go to your Settings page and click Join Free Trial to opt in."[2] Based on these and other representations, on March 24, 2022, Mr. Allan navigated to the settings, clicked "Get 30 days free," entered his bank account information (to pay $29.99/month after trial"), and purchased the Coinbase One subscription—or so he believed.[3]

With the peace of mind offered by Coinbase One, on April 6, 2022, Mr. Allan purchased two Bitcoins for a total of $87,388.86. Two weeks later, on April 20, 2022, approximately $97,996.84 of cryptocurrency disappeared from Mr. Allan's account. Although Mr. Allan immediately contacted Coinbase by phone, Coinbase told Mr. Allan that it would work on his case and respond in the next day or two.

---

[1] Exhibit A, https://help.coinbase.com/en/coinbase/other-topics/coinbase-one/account (last visited July 5, 2022) ("Keep your peace of mind knowing your account is protected from unauthorized access.")
[2] Exhibit B.
[3] Exhibit C.

*Coinbase Inc.*
*August 17, 22*
*Page 2 of 5*

The next day, (without assistance from Coinbase) Mr. Allan discovered that someone in Atlanta, Georgia, had ported his phone number to another SIM card, used the number to compromise his Coinbase password, and then switched his Coinbase account's email address. More than three days after Mr. Allan's Coinbase account had been compromised, Coinbase reported the following:

> Our records show that on April 20, 2022, a new device was also confirmed for use with your account via the new device confirmation link sent to your email address. This suggests that your email account may have been compromised . . . An unauthorized password reset may also indicate that your phone number has been compromised."

April 24, 2022 email from Coinbase. But Mr. Allan had already explained all this to Coinbase, and so the email served no useful purpose to Mr. Allan, nor was it intended to do so. Instead, the email appears merely intend to satisfy the threshold requirements of the Electronic Funds Transfer Act ("EFTA").

Although Coinbase's attempt at bare minimal compliance is deficient, as explained below,[4] the email does accurately assert that Mr. Allan's email account and phone number had been compromised. Indeed, the letter suggests, and there is no question that the transfer of Mr. Allan's cryptocurrency was made without his actual authority.[5] There is similarly no issue that Mr. Allan has suffered significant harm from the transfer. Thus, the email impliedly acknowledges—correctly—that the transfer of Mr. Allan's cryptocurrency was an "unauthorized electronic fund transfer"—i.e., an "error." That implicit conclusion is further suggested by the email's omission of: (1) any reasonable basis for believing otherwise (i.e., for believing that there was no error); or (2) notice of Mr. Allan's right to request the documents Coinbase used in making any such determination.[6,7]

Nevertheless, the email incorrectly alleges that Mr. Allan is responsible for the unauthorized electronic fund transfer/error. *See* April 24, 2022 Coinbase email. That allegation completely lacks merit at least because Mr. Allan's phone number, ported without his knowledge or authorization, is not an "accepted access device" under the EFTA. In fact, his phone number is not a "device" at all. 12 § 205.2. Nor is it a "card, code," account number, PIN, or any other means that should be given access to his account.

Although Mr. Allan had previously accessed his account from his *phone* (an actual device), that constituted a more secure method at least because it required facial recognition before becoming unlocked. And contrary to the assumptions made in the April 24, 2022 email, Mr. Allan at all relevant

---

[4] *See* 15 U.S. Code § 1693f(d).
[5] *See* 15 U.S.C. § 1693(a)(12) (defining "unauthorized electronic fund transfer" as "an electronic fund transfer from a consumer's account initiated by a person other than the consumer without actual authority to initiate such transfer and from which the consumer receives no benefit").
[6] *See* 12 CFR 205.11(d)(1); 15 U.S. Code § 1693f(d).
[7] Moreover, to the extent Coinbase contends there was no error, in spite of there being no reasonable basis for such a conclusion, Mr. Allan is entitled to enhanced damages. *See* 15 U.S. Code § 1693f(e).

*Coinbase Inc.*
*August 17, 22*
*Page 3 of 5*

times had his phone (the device) and all components thereof in his sole possession; he never gave anyone else access to his phone or any components thereof (such as a SIM card).

That Mr. Allan's phone number (as opposed, for example, to his phone) is not an access device is further confirmed by the common-sense precautions utilized by other financial institutions similar to Coinbase. Specifically, the very same day (i.e., April 20th) Coinbase permitted Mr. Allan's funds to be absconded, there was another attempt to transfer Mr. Allan's cryptocurrency, but held with Gemini Trust Company LLC ("Gemini"). Unlike Coinbase, Gemini noticed that the unauthorized transfer of essentially all of Mr. Allan's funds originated from a new device (a windows 10 device running Chrome 10)—not Mr. Allan's usual iPhone. That new device was also associated with a new IP address. In addition, the device was in the wrong geo-location (i.e., Ashburn, Virginia), while Mr. Allan's residence is in California. These fraud indicators demonstrated to Gemini that the transfer request was not from Mr. Allan—and his phone was certainly *not* being used to make the request. Accordingly, in contrast to Coinbase's ambivalence towards fraud, Gemini flagged the attempt as unauthorized and blocked the transfer.

In addition to inadequate vigilance of transfer requests from unrecognized phone devices, Coinbase also apparently lacks safeguards against emails from suspicious domains. For example, prior to the unauthorized funds transfer, Mr. Allan's email address was changed without his permission to the bogus domain "yopmail.com." Gemini also recognized this as a glaring fraud indicator. If Coinbase had similarly implemented normal industry safeguards, the email address associated with Mr. Allan's account would not have been hijacked through a change to "yopmail.com." More specific to the EFTA, Mr. Allan never approved *that* spurious "yopmail.com" email address as a means of identifying him. *See* 12 C.F.R. § 205.6(a). Nor is an email address even remotely similar to the types of personal identifying information typically considered such means under the EFTA (such as a photograph, fingerprint, personal visit, signature comparison, etc.).[8]

To the extent Coinbase entertains a belief that a phone number in combination with an email address together constitute an "access device," that notion is devoid of merit. This is shown at least by Coinbase's policy of prohibiting phone and email combinations from qualifying for Coinbase One protection, confirming Coinbase's own recognition that such a combination is inherently risky and ill-advised.[9] *See also* April 25, 2022 Coinbase email ("[Y]our account is not eligible for the Coinbase One Account Protection Program. To be eligible for this program, customers must fulfill the requirements stated in the Coinbase Account Protection page[.]"). For at least these reasons, and contrary

---

[8] *See Charvat v. First Nat'l Bank of Wahoo*, 2012 WL 2016184, at *2 (D. Ne. June 4, 2012) (citing *Campbell v. Hope Cmty. Cred. Union*, 2012 WL 423432, at *2 (W.D. Tenn. Feb. 8, 2012)) (noting that the EFTA "is a remedial consumer statute which should be construed broadly in favor of the consumer")

[9] Otherwise, Mr. Allan is entitled to the fraud protection provided by the Coinbase One Account Protection Program that he paid for.

Coinbase Inc.
August 17, 22
Page 4 of 5

to Coinbase's allegation, Mr. Allan is certainly not liable for the unauthorized transfer of his Coinbase cryptocurrency funds.[10]

But even assuming *arguendo* that Mr. Allan bore some responsibility for the unauthorized funds transfer, his liability would be extremely limited. That is because the EFTA limits the extent of a consumer's liability according to the consumer's promptness in reporting the unauthorized funds transfer. Here, Mr. Allan *immediately* informed Coinbase of the unauthorized funds transfer, in which case the EFTA mandates: "[i]n no event . . . shall a consumer's liability for an unauthorized transfer exceed . . . $50[.]"[11] Relatedly, no agreement between a consumer and institution can impose greater liability on the consumer for an unauthorized transfer. Nor can consumer negligence impose greater consumer liability for unauthorized transfers of funds, as Coinbase's emails have erroneously suggested.

Because an error occurred for which Mr. Allan is not liable, Coinbase must promptly return the stolen funds. If Coinbase refuses to do so by July 29, 2022, Mr. Allan will consider pursuing legal remedies against Coinbase for violating the EFTA. *See* 15 U.S. Code § 1693m(a). Coinbase's lack of common-sense safeguards against fraud, combined with Coinbase's misleading webpages, also violate at least the California's Consumer Legal Remedies Act as well as other laws prohibiting unfair competition and deceptive trade practices.[12]

If necessary, Mr. Allan will assert such violations in court—the proper forum for seeking remedies because the arbitration clause in Mr. Allan's User Agreement is invalid and unenforceable.[13] Because the class action waiver of that clause is also invalid, any lawsuit to recover Mr. Allan's funds will also seek to enforce the rights of similarly harmed consumers.

Nevertheless, and notwithstanding Coinbase's significant liability to that class of similarly harmed consumers, we prefer to resolve this matter amicably and expeditiously as it relates to Mr. Allan. To

---

[10] For example, Coinbase's initial disclosures may also be deficient. *See* 12 CFR 205.7(b); *see Acafrao v. U.S. Century Bank*, No. 09-21695-CIV, 2010 WL 11596731, at *9–10 (S.D. Fla. Aug. 9, 2010) ("[T]he Bank has failed to carry its burden of proof establishing that it complied with the disclosure requirements.").
[11] *See* 15 U.S. Code § 1693g.
[12] *See Nguyen v. Barnes & Noble Inc.*, 763 F.3d 1171, 1176 (2014); California Business and Professions Code §§ 17200 (prohibiting any "unlawful, unfair or fraudulent business act or practice" ) & 17500 et seq. (prohibiting any untrue or misleading statements made in connection with the sale of goods or services); *see also Chabner v. United of Omaha Life Ins. Co.*, 225 F.3d 1042, 1048 (9th Cir. 2000) (considering section 17200's broad definition of "unfair competition" as including "anything that can properly be called a business practice and that at the same time is forbidden by law") (internal quotation marks and citations omitted); *see also Kowalsky v. Hewlett-Packard Co.*, 771 F. Supp. 2d 1156, 1159 (N.D. Cal. 2011) (noting that under the "fraud prong" a plaintiff need only " 'show that members of the public are likely to be deceived' by the business practice or advertising at issue.") (quoting *In re Tobacco II Cases*, 46 Cal. 4th 298, 312, 93 Cal.Rptr.3d 559, 207 P.3d 20 (2009)); *see* Cal. Civ. Code § 1750 et seq.
[13] *See Bielski v. Coinbase*, No. C 21-07478 WHA (N.D. Cal., April 8, 2022).

*Coinbase Inc.*
*August 17, 22*
*Page 5 of 5*

that end, please reimburse Mr. Allan $97,996.84 or otherwise respond by August 23, 2022. In the meantime, please don't hesitate to contact me discuss this matter further.

Thank you.

NEWMAN DU WORS LLP

John Du Wors

# Exhibit A

coinbase

English ⌄    Sign in

**Help**　　　　　　　　　　　　　　　　　Go to coinbase.com　　Individuals　　Businesses　　Developers

🔍 How can we help you?

Coinbase Help Center > Other topics > Coinbase One beta

# Coinbase One beta

| How to join Coinbase One beta |
| How to pay for Coinbase One beta |
| **How to cancel your subscription** |

Coinbase One beta is a subscription product that gives members access to:

- **$0 trading fees**: Take your portfolio to the next level with no trading fees.*
- **Dedicated 24/7 phone support**: Speak directly with a Coinbase One beta team member for help with any of your issues.
- **$1M Account Protection**: Keep your peace of mind knowing your account is protected from unauthorized access.
- **Pre-filled Form 8949**: Generate a pre-filled Form 8949 in Coinbase Taxes
- **Premium Staking rewards**: Earn a higher percentage for staked assets

**Note:** This feature is available to a limited audience in the US and may not be available to you at this time.

**\*Disclaimer**

- A Coinbase One beta subscription does not apply to Advanced Trading, Coinbase Pro, or Prime Broker. Coinbase includes a spread in the price when you buy or sell cryptocurrencies or in the exchange rate when you convert cryptocurrencies. See the full terms.
- There's a fee-free trading volume limit. When you trade over this limit, you're responsible for paying regular trading fees. The limit can be found in your account settings.

Eligible users may sign up for Coinbase One beta which is an automatically renewing subscription requiring recurring payments. A Coinbase One beta subscription grants you the benefits of: (a) a waiver of Coinbase fees for buying, selling, and converting digital currencies on the Coinbase platform (which does not include Coinbase Pro's order matching platform), provided that a spread in the price is still included in all buys, sells, and conversion of digital currencies on the Coinbase trading platform (learn more about fees here); (b) a dedicated customer support line available twenty four (24) hours a day, seven (7) days a week, three-hundred and sixty five (365) days a year; and (c) Coinbase Account Protection. Coinbase may modify or suspend this program at any time upon notice.

## How to join Coinbase One beta

You'll be notified via email or in the Coinbase app that you can sign up. If you're a part of this beta launch, Coinbase One beta will be listed in your **Settings** when you sign into your Coinbase account from a web browser. If you sign up, your account will be charged a recurring monthly payment. See **Subscription Management** in your **Settings** for your billing date.

Learn about our Coinbase One beta free trial.

### Can I share my subscription?

No, you can't share your subscription. Additionally, for security reasons, you should be the only one able to access your Coinbase account.

## How to pay for Coinbase One beta

You can pay for Coinbase One beta through:

- Your linked bank account (ACH)
- Your linked debit card
- Available cash in your USD balance

**Note:** Other payment methods on your account will be charged if your original payment method fails.

### Can I change my subscription payment method?

We're working on this improvement and it should be available soon.

Learn about Coinbase One beta billing plans.

**Can I be reimbursed for previous trading fees?**

No, you will not be reimbursed for previous trading fees now that you are a subscribed to Coinbase One beta.

**Why was I still charged a trading fee?**

If you were charged a trading fee, please contact us for further help.

**Why was a spread included in my trade?**

Coinbase includes a spread in the price when you buy or sell cryptocurrencies or in the exchange rate when you convert cryptocurrencies. This allows us to temporarily lock in a price for trade execution while you review the transaction details prior to submitting your transaction. Learn more about Coinbase pricing and fees.

## How to cancel your subscription

To cancel your subscription on Coinbase.com:

1. Sign into your Coinbase account.
2. Click  and select **Settings**.
3. Click the **Coinbase One beta** tab.
4. Click **Manage Subscription** > **Cancel Subscription**.
5. Confirm your subscription cancellation.

**Can I reactivate my subscription?**

Yes, if your billing cycle hasn't closed. In your **Settings**, select **Coinbase One beta** then **Resume subscription** to re-activate it.

**Can I get a refund for my subscription after I cancel?**

No, we are unable to offer a refund—please see our terms and conditions. However, you enjoy all the subscription perks until the end of your current billing cycle.

---

Was this article helpful?

Yes    No

---

Can't find what you're looking for?

Contact us

| Products | Learn | Company | Social |
|---|---|---|---|
| Coinbase | Buy Bitcoin | About | Blog |
| Commerce | Buy Bitcoin Cash | Affiliates | Twitter |
| Custody | Buy Ethereum | Careers | Facebook |
| Learning rewards | Buy Litecoin | Press | |
| Pro | Supported countries | Legal & Privacy | |
| USD Coin | Status | Support | |
| Wallet | Taxes | | |
| Ventures | | | |

© 2022 Coinbase

We use our own cookies as well as third-party cookies on our websites to enhance your experience, analyze our traffic, and for security and marketing. For more info, see our Cookie Policy.

Manage settings    Dismiss

# Exhibit B

Case 4:23-cv-00074-DMR   Document 1-7   Filed 01/06/23   Page 12 of 15



Help · Go to coinbase.com · Individuals · Businesses · Developers

English · Sign in

 How can we help you?

Coinbase Help Center > Other topics > Coinbase One beta free trial

# Coinbase One beta free trial

⚠ The Coinbase One beta free trial may not be available to you at this time

Coinbase One beta is a subscription product that gives members access to:

- **$0 trading fees:** Take your portfolio to the next level with no trading fees*
- **Dedicated 24/7 phone support:** Speak directly to a Coinbase One beta team member for account help
- **$1M account protection:** Your account is protected from unauthorized access
- **Pre-filled Form 8949:** Generate a pre-filled Form 8949 in Coinbase Taxes

*****Disclaimer:** A Coinbase One beta subscription does not apply to Advanced Trading, Coinbase Pro, or Prime Broker. Coinbase includes a spread in the price when you buy or sell cryptocurrencies or in the exchange rate when you convert cryptocurrencies. See the full terms.

## How does the free trial work?

Eligible users will be notified via email and in product about the 30-day free trial opportunity. You'll receive the same benefits as paying Coinbase One beta users.

At the end of the 30 days, you'll be automatically opted in to a month-to-month paid subscription, unless you cancel prior. You can cancel your subscription at any time, including during your free trial period.

**Note:** You must cancel on or before the 30th day of your trial to avoid being charged.

## How can I sign up for the Coinbase One beta free trial?

If you're eligible, go to your **Settings** page and click **Join Free Trial** to opt in.

### Can I sign up for the Coinbase One beta free trial if I've already participated in previous free trials?

If you've subscribed to a free trial within the past 12 months, you're not eligible to participate in this one.

### Can I sign up for the Coinbase One beta free trial if I'm already a Coinbase One subscriber?

If you've subscribed to Coinbase One within the past 12 months, you're not eligible to participate in this one.

Learn more about the Coinbase One beta subscription.

---

**Sidebar:**
- How does the free trial work?
- How can I sign up for the Coinbase One beta free trial?

---

Was this article helpful?

[ Yes ]  [ No ]



# Can't find what you're looking for?

[ Contact us ]



| Products | Learn | Company | Social |
|---|---|---|---|
| Coinbase | Buy Bitcoin | About | Blog |
| Commerce | Buy Bitcoin Cash | Affiliates | Twitter |
| Custody | Buy Ethereum | Careers | Facebook |
| Learning rewards | Buy Litecoin | Press | |
| Pro | Supported countries | Legal & Privacy | |
| USD Coin | Status | Support | |
| Wallet | Taxes | | |
| Ventures | | | |

© 2022 Coinbase



We use our own cookies as well as third-party cookies on our websites to enhance your experience, analyze our traffic, and for security and marketing. For more info, see our Cookie Policy.

Manage settings    Dismiss

# Exhibit C

