DocuSign Envelope ID: FFAE73C6-3EB8-4CE7-A451-C6EB4938A838

John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Phone: (206) 274-2800
Facsimile: (206) 274-2801

Counsel for Plaintiff
Matthew Allan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTHEW ALLAN,<br><br>    Plaintiff,<br><br>  v.<br><br>COINBASE, INC.,<br><br>    Defendant. | Case No. 4:23-cv-00074-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT COINBASE, INC. PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Matthew Allan ("Plaintiff"),
2 | through his counsel of record, hereby gives notice that his claims against Defendant Coinbase, Inc.
3 | ("Coinbase") are voluntarily dismissed, with prejudice. Pursuant to Coinbase's User Agreement that
4 | Plaintiff agreed to, Plaintiff should have resolved any dispute between him and Coinbase in arbitration.

DATED:  March 27, 2023                    Respectfully submitted,

**NEWMAN DU WORS LLP**

*/s/ John Du Wors*

JOHN DU WORS

Counsel for Plaintiff Matthew Allan

- 1 -

CASE NO. 4:23-CV-00074-DMR     NOTICE OF VOLUNTARY DISMISSAL OF
                               CLAIMS AGAINST DEFENDANT COINBASE, INC.